No. 93–8188. RUSSELL v. SHAKER HEIGHTS MUNICIPAL COURT ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 93–8210. NELSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–8276. DINGLE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 93–8319. MIDDLETON v. LOCKHART ET AL. Ct. App. Mo., Western Dist. Certiorari denied.

No. 93–8431. ALMODOVAR v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 93–8466. WEBBER v. VANDREW ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–8577. POTILLOR v. ESTELLE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 93–8578. MERRIWEATHER v. MITCHELL, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 93–8601. MAKIN v. COLORADO TERRITORIAL CORRECTIONAL FACILITY ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–8603. HAMANI, AKA CLEMONS v. MORTON, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–8612. GODIN v. NEW YORK. County Ct., Jefferson County, N. Y. Certiorari denied.

No. 93–8613. TOWNLEY v. JONES, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 93–8619. LANGE v. HEITKAMP ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–8624. WILLIAMS v. HAWLEY, WARDEN. C. A. 6th Cir. Certiorari denied.